DAVID A. SCOTT, M.D., Appellant,
v.
ASHOK PATEL, M.D., and ASHOK PATEL, M.D., P.A., a Florida professional association, Appellee.
No. 4D09-758.
District Court of Appeal of Florida, Fourth District.
June 30, 2010.
Daniel L. Wallach, Chris A. Draper and K. Joy Mattingly of Becker & Poliakoff, P.A., West Palm Beach, for appellant.
Bard D. Rockenbach and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.
PER CURIAM.
Affirmed.
POLEN, MAY, JJ., and GATES, MICHAEL L., Associate Judge, concur.
Not final until disposition of timely filed motion for rehearing.